# CASES REPORTED WITH BRIEF SYLLABI

AND

## DECISIONS HANDED DOWN WITHOUT OPINION.

### FOURTH DEPARTMENT, JULY, 1909.

James B. Wall, Respondent, v. Thomas C. Stanfield and Thomas W. Pelham, Appellants.— Judgment affirmed, with costs. All concurred; Kruse, J., not sitting.

Everett A. Rexford and Others, Respondents, v. Walter Tanner, Appellant.— Judgment affirmed, with costs. All concurred.

Richard Oyer, Appellant, v. Nathan R. Williams and Lewis H. Stillwell, Respondents, Impleaded with A. B. Eckert.— Judgment of County Court reversed and judgment of Justice's Court affirmed, with costs in all courts to plaintiff. Held, that the evidence was sufficient to sustain the verdict and the County Court erred in holding that a nonsuit should have been granted. All concurred, except Spring, J., not voting.

Henry Tilly, Respondent, v. Joseph Supkowski, Appellant.— Judgment affirmed, with costs. All concurred, except Robson, J., who dissented.

The People of the State of New York, Respondent, v. Benjamin Rosenthal, Appellant.— Judgment and orders affirmed. All concurred.

Western New York and Pennsylvania Traction Company, Respondent, v. Erie Railroad Company, Appellant. (No. 1.) — Judgment and order affirmed, with costs. All concurred.

Western New York and Pennsylvania Traction Company, Respondent, v. Erie Railroad Company, Appellant. (No. 2.)— Judgment and order affirmed, with costs. · All concurred.

George J. Clark, Appellant, v. Julia P. Clark and Others, Respondents.— Judgment affirmed, with costs. All concurred; Williams, J., not sitting.

Ambrose Hine, Appellant, Respondent, v. Harriet A. Huntington and Jessie G. Huntington, as Executrices, etc., of Allen Hine, Deceased, as Executor, etc., of Josiah Hine, Deceased, Respondents, Appellants, Impleaded with Norman Hine, as Sole Surviving Executor, etc., of Josiah Hine, Deceased.— Judgment affirmed, without costs of this appeal to either party. See opinion of Robson, J., on former appeal in same case, reported in *Hine* v. *Hine* (118 App. Div. 585). All concurred, except Spring, J., who concurred except as to the last proposition discussed in the opinion mentioned.

Camille B. Johnston, as Administratrix, etc., of William G. Johnston, Deceased, Appellant, v. Syracuse Lighting Company, Respondent.— Judgment and order affirmed, with costs, upon the authority of opinion of Court of Appeals in same case, reported in 193 New York, 592. All concurred.